UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF GEORGIA

SAVANNAH DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | PO408-166 |
| | ) | |
| SHAWN O. MIDDLETON, | ) | |
| | ) | |
| Defendant. | ) | |

# ORDER

For the limited purpose of managing this Court's docket, the well-aged (2008) and unopposed motion to dismiss is GRANTED. Doc. 4.

**SO ORDERED,** this  25th  day of October, 2016.

_____
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA